PEOPLE ex rel. ROCHESTER GAS & ELECTRIC CO. v. PRIEST et al. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Proceedings by the people of the state of New York, on the relation of the Rochester Gas & Electric Company, against George E. Priest and others, as tax commissioners, etc., and Charles F. Pond and others, as assessors of the city of Rochester. No opinion. Proceeding to review assessment of 1903. Defendants' motion denied.

PEOPLE ex rel. ROCHESTER GAS & ELECTRIC CO. v. PRIEST et al. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Proceedings by the people of the state of New York, on the relation of the Rochester Gas & Electric Company, against George E. Priest and others, as tax commissioners, etc., and Charles F. Pond and others, as assessors of the city of Rochester. No opinion. Proceeding to review assessment of 1904. Relator's motion for leave to go to Court of Appeals denied, and reargument ordered.

PEOPLE ex rel. SCHWARZ v. GREENE, Com'r, Respondent. (Supreme Court, Appellate Division, First Department, April 7, 1905.) Proceedings by the people of the state of New York, on the relation of Peter Schwarz, against Francis V. Greene, commissioner. L. J. Grant, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. SMITH, Appellant, v. BURLINGHAM, President of Board of Education, et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Proceedings by the people of the state of New York, on the relation of Mary W. Smith, against Charles C. Burlingham, president of the board of education, etc., and others. No opinion. Determination confirmed, with costs.

PEOPLE ex rel. SWEET, Town Sup'r, v. BOARD OF SUP'RS OF ST. LAWRENCE COUNTY. (Supreme Court, Appellate Division, Third Department. May 16, 1905.) Proceedings by the people of the state of New York, on the relation of Herbert E. Sweet, supervisor of the town of Madrid, against the board of supervisors of St. Lawrence county. No opinion. Motion denied.

PEOPLE ex rel. VILLAGE OF CHATHAM, Respondent, v. BOARD OF SUP'RS OF COLUMBIA COUNTY, Appellant. (Supreme Court, Appellate Division, Third Department. May 16, 1905.) Proceedings by the people of the state of New York, on the relation of the village of Chatham, against the board of supervisors of Columbia county. No opinion. Order affirmed, with $10 costs and disbursements, on opinion in People ex rel. Village of Kinderhook v. Supervisors, 93 N. Y. Supp. 1093.

PEOPLE ex rel. ZWIRZ v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Proceedings by the people of the state of New York, on the relation of Frederick F. E. Zwirz, against Francis V. Greene, as commissioner. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

PEOPLE'S TRUST CO. v. FLYNN et al. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by the People's Trust Company, as substituted trustee, etc., against Mary C. Flynn and others. PER CURIAM. Reargument ordered on the question whether the entire residuary clause of the will is not void, as unlawfully suspending the power of alienation, and case set down for May 2, 1905.

PERIGORD et al., Respondents, v. SHROPSHIRE, Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Bessie Talleyrand Perigord and others against Ralph F. Shropshire. H. Bell, for appellant. L. J. Hunt, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

In re PERKINS. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) In the matter of the judicial settlement of the accounts of William C. Perkins, as executor, etc., of Martha Coe, deceased. No opinion. Motion granted, with $10 costs.

PERKINS et al., Respondents, v. ISAAC H. BLANCHARD CO., Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by George F. Perkins and others against the Isaac H. Blanchard Company. H. Aplington, for appellant. C. D. Ridgway, for respondents. PER CURIAM. Exceptions sustained, and motion for new trial granted, with costs to defendants to abide event, unless plaintiff stipulates to reduce verdict to $243.89, in which event, exceptions overruled, and judgment ordered for plaintiff on the verdict, without costs. Order reversed, and new trial ordered, unless the foregoing stipulation be given, in which event, order affirmed, without costs.

PERRY, Appellant, v. BATES, Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Appeal from Special Term. Action by Alvan W. Perry against Benjamin L. M. Bates. From an order setting aside a verdict and dismissing the complaint, and from a judgment entered thereon, plaintiff appeals. Modified. T. E. Wing, for appellant. J. Delahunty, for respondent. PER CURIAM. The order appealed from should be modified, so as to read as follows: "Ordered that said motion be, and the same hereby is, granted, so far as to set aside the verdict; and a new trial is hereby ordered, without costs." And the judgment should be modified, so as to read as follows: "Adjudged that the said verdict be, and the same hereby is, vacated and set aside, and a new